**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JAY D. LAMONT, Reg #18172-045                                                                    PLAINTIFF

v.                                        NO. 2:15CV00173 JLH/BD

USA                                                                                                            DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Jay D. Lamont's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant's motion for summary judgment (Document #43) is GRANTED, and the case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 8th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE